IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES E. CRAIG, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:12-cv-01386-CMH-JFA |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| TRANS UNION LLC and | ) |
| AMERICAN COLLECTIONS ENTERPRISE, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for American Collections Enterprise, Inc. ("ACE"), in the above-captioned action, certifies that:

  a.  there are no parents, subsidiaries or affiliate entities (corporate or otherwise) of ACE that have issued stock or debt securities to the public; and

  b.  there are no publicly traded entities that own 10% or more of ACE's stock.

Dated: March 26, 2013                    Respectfully submitted,

                        /s/ Robert J. Burstein
                        Robert J. Burstein, VSB #20667
                        PROTAS, SPIVOK & COLLINS, LLC
                        4330 East West Highway, Ste. 900
                        Bethesda, Maryland 20814
                        (301) 469-3639; (301) 469-3601 (fax)
                        Email: rburstein@psclaw.net
                        *Attorney for Defendant,*
                          *American Collections Enterprise, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 26th day of March, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Kristi Cahoon Kelly
kkelly@sipfirm.com
Andrew J. Guzzo
aguzzo@sipfirm.com
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Dr., Second Floor
Fairfax, VA 22030
(703) 251-5400; (703) 591-9285 Fax
*and*
Leonard Anthony Bennett
lenbennett@clalegal.com
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
757-930-3660; 757-930-3662 (Fax)
**Counsel for Plaintiff**

John Willard Montgomery, Jr.
jmontgomery@jwm-law.com
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
(804) 355-8744; Fax: 804-355-8748
**Counsel for Equifax Information Services, LLC**

Grant E. Kronenberg Virginia bar # 65647
gkronenberg&morrismorris.com
Morris & Morris, P.C.
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-6334; Fax: 804-344-8359
**Attorney for Trans Union LLC**

/s/ Robert J. Burstein
Robert J. Burstein, VSB #20667
PROTAS, SPIVOK & COLLINS, LLC
4330 East West Highway, Ste. 900
Bethesda, Maryland 20814
(301) 469-3639; (301) 469-3601 (fax)
Email: rburstein@psclaw.net
*Attorney for Defendant,*
   *American Collections Enterprise, Inc.*

G:\users docs\Rob B\J\J39\J39833 Craig v Equifax\Craig Financial Interest Statement.wpd