IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES E. CRAIG, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:12-cv-01386-CMH-JFA |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| TRANS UNION LLC and | ) |
| AMERICAN COLLECTIONS ENTERPRISE, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## WAIVER OF HEARING

Defendant American Collections Enterprise, Inc. waives hearing and oral argument on its Consent Motion for Extension of Time to File Responsive Pleadings.

Dated: March 26, 2013                     Respectfully submitted,

                                          /s/ Robert J. Burstein
                                          Robert J. Burstein, VSB #20667
                                          PROTAS, SPIVOK & COLLINS, LLC
                                          4330 East West Highway, Ste. 900
                                          Bethesda, Maryland 20814
                                          (301) 469-3639; (301) 469-3601 (fax)
                                          Email: rburstein@psclaw.net
                                          *Attorney for Defendant,*
                                              *American Collections Enterprise, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Kristi Cahoon Kelly
kkelly@sipfirm.com
Andrew J. Guzzo
aguzzo@sipfirm.com
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Dr., Second Floor
Fairfax, VA 22030
(703) 251-5400; (703) 591-9285 Fax
*and*
Leonard Anthony Bennett
lenbennett@clalegal.com
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
757-930-3660; 757-930-3662 (Fax)
**Counsel for Plaintiff**

John Willard Montgomery, Jr.
jmontgomery@jwm-law.com
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
(804) 355-8744; Fax: 804-355-8748
**Counsel for Equifax Information Services, LLC**

Grant E. Kronenberg Virginia bar # 65647
gkronenberg&morrismorris.com
Morris & Morris, P.C.
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-6334; Fax: 804-344-8359
**Attorney for Trans Union LLC**

        /s/ Robert J. Burstein
Robert J. Burstein, VSB #20667
PROTAS, SPIVOK & COLLINS, LLC
4330 East West Highway, Ste. 900
Bethesda, Maryland 20814
(301) 469-3639; (301) 469-3601 (fax)
Email: rburstein@psclaw.net
*Attorney for Defendant,*
   *American Collections Enterprise, Inc.*

G:\users docs\Rob B\J\J39\J39833 Craig v Equifax\J39833 Craig-Waiver of Hearingt.wpd