IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES E. CRAIG, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:12cv1386 (CMH/JFA) |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is a Motion to Amend Scheduling and Pretrial Orders that was filed by defendant American Collections Enterprise, Inc. ("ACE") on April 19, 2013. (Docket no. 26). It appearing to the court that ACE was served with the complaint on February 21, 2013 (Docket no. 14), that it sought and obtained an enlargement of time to respond to the complaint (Docket nos. 16, 19), that ACE filed an answer on March 27, 2013 (Docket no. 20), and that the memorandum in support of the motion fails to establish good cause for enlarging the discovery period beyond the June 14, 2013 deadline that was established in the Scheduling Order entered on February 7, 2013 and the Rule 16 Order entered on February 22, 2013 (Docket nos. 11, 13), it is hereby

ORDERED that the Motion to Amend Scheduling and Pretrial Orders is denied.

Entered this 22nd day of April, 2013.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia