UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES E. CRAIG, JR.,

    Plaintiff

v.                                        CIVIL ACTION NO. 1:12cv1386
                                                 CMH/JFA

EQUIFAX INFORMATION SERVICES, LLC., et al

    Defendants

### PLAINTIFF'S EXPERT WITNESS DESIGNATION

COMES NOW the Plaintiff, JAMES E. CRAIG, JR., by counsel, and for his expert witness designation, he states as follows:

The Plaintiff hereby designates Evan Hendricks of Privacy Times as his expert witness in this case. Mr. Hendricks is expected to testify that:

    a.    The Defendants reliance upon the automated e-OSCAR dispute system was inadequate to cause and complete a reasonable investigation of the Plaintiff's disputes.

    b.    Equifax has been on notice that its continued parroting of its creditor customers instead of conducting a substantive investigation is unreasonable to accomplish an effective investigation.

    c.    Equifax has been on notice that its procedures to avoid the mixing of consumer files and data are unreasonable to assure maximally accurate credit information.

    d.    A furnisher's reliance solely upon its own internal computer record, particularly as an assignee debt collector, is unreasonable process to conduct a substantive investigation.

    e.    The Plaintiffs' credit was damaged by the disputed credit information.

Mr. Hendricks' curriculum vitae is attached hereto as Exhibit "A".

                                          Respectfully submitted,
                                          JAMES E. CRAIG, JR.,

                                          _____/s/_____
                                          LEONARD A. BENNETT, ESQ.
                                          Consumer Litigation Associates, P.C.
                                          VSB #37523
                                          763 J. Clyde Morris Blvd., Suite 1-A
                                          Newport News, Virginia 23601
                                          (757) 930-3660
                                          (757) 930-3662 facsimile

                                          *Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of May, 2013, a true copy of the foregoing is being filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:


John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Fax: 804-355-8748
Email: jmontgomery@jwm-law.com

Paige Levy Smith
Sands Anderson Marks & Miller
1497 Chain Bridge Rd
Suite 202
McLean, VA 22101
703-893-3600
Fax: 703-893-8484
Email: plevy@sandsanderson.com

Robert J. Burstein
Protas Spivok & Collins LLC
4330 East West Highway
Suite 900
Bethesda, MD 20814
301-469-3600
Email: rburstein@psclaw.net

Andrew Biondi
Sands Anderson PC
1111 E Main Street
23rd Floor
P O Box 1998
Richmond, VA 23218-1998
(804) 648-1636
Email: abiondi@sandsanderson.com

                                                    /s/
                          Leonard A. Bennett, VSB #37523
                          Counsel for the Plaintiff
                          Consumer Litigation Associates, P.C.
                          763 J. Clyde Morris Blvd., Suite 1-A
                          Newport News, Virginia  23601
                          Telephone:     (757) 930-3660
                          Facsimile:      (757) 930-3662
                          lenbennett@clalegal.com