IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES E. CRAIG JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12cv1386 (CMH/JFA) |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the court on Plaintiff's Consent Motion for Enlargement of Time for Expert Disclosures. (Docket no. 36) ("Motion for Enlargement"). Upon consideration of plaintiff's motion, plaintiff's memorandum in support (Docket no. 37), and for good cause shown, it is hereby

ORDERED that plaintiff's Motion for Enlargement is granted. Expert disclosures shall be governed by the following schedule: Initial expert disclosures as to any issue upon which a party has the burden of proof are due May 17, 2013. Responding disclosures are due June 7, 2013. Any rebuttal disclosures are due June 14, 2013. To the extent the parties wish to modify these deadlines, they must seek leave of court. This Order shall not be construed as altering any other deadline in this matter.

Entered this 15th day of May, 2013.

                                                                           /s/
                                                  John F. Anderson
                                                  United States Magistrate Judge
                                                  John F. Anderson
                                                  United States Magistrate Judge

Alexandria, Virginia